# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OWEN J. MAGUIRE** | : | **CIVIL ACTION** |
| **v.** | : | |
| **CAPMARK FINANCE, INC.** | : | **NO. 09-0692** |

## ORDER

**AND NOW**, this 6th day of December, 2010, upon consideration of the Plaintiff Owen J. Maguire's Motion for Leave to Amend Complaint (Document No. 19) and the defendant's response, it is **ORDERED** that the motion is **DENIED**.

                                                   /s/ Timothy J. Savage
                                                   TIMOTHY J. SAVAGE, J.